**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SAFE HARBOR INTERNATIONAL LLC, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 25-cv-00139-LKG |
| v. | ) ) | |
| BOOZ ALLEN HAMILTON, INC., | ) ) | |
| Defendant. | ) ) | |
| BELPOINTE SLEEPOVATION INVESTMENT, LP | ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) ) | Civil Action No. 25-cv-00179-LKG |
| v. | ) ) | |
| BOOZ ALLEN HAMILTON, INC., | ) ) | |
| Defendant. | ) ) | |
| ALARM CONCEPTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 25-cv-00228-LKG |
| v. | ) ) | Dated: March 18, 2024 |
| INTERNAL REVENUE SERVICE, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

# **ORDER**

On March 5, 2025, the Plaintiffs, Safe Harbor International LLC, Belpointe Sleepovation Investment, LP and Alarm Concepts, Inc., filed this Notice of Intent to File a Motion Consolidate and Appoint Interim Co-Lead Class Counsel under Fed. R. Civ. P. 42(a)(2) and 23(g). *See Safe*

*Harbor International LLC v. Booz Allen Hamilton, Inc*., No. 25-cv-00139 at ECF No. 9. The proposed motion is supported by all Plaintiffs in the related actions. *See id*. Defendant Booz Allen does not oppose the consolidation of the related actions and takes no position on the appointment of leadership. *See id*. Defendants Internal Revenue Service and U.S. Department of the Treasury have not yet appeared. *See id*; *see generally Alarm Concepts, Inc. v. Internal Revenue Service, et al*, No. 25-cv-00228.

Pursuant to Fed. R. Civ. P. 42, the Court may consolidate matters that "involve a common question of law or fact." Fed. R. Civ. P. 42(a)(2). The above-captioned matters involve allegations of illegal actions of an employee of Defendants Booz Allen Hamilton, Inc. and the Internal Revenue Service, who inspected and/or disclosed Plaintiffs' protected tax return information in violation of 26 U.S.C. §§ 6103 and 7431. *See Safe Harbor International LLC v. Booz Allen Hamilton, Inc*., No. 25-cv-00139 at ECF No. 1; *Belpointe Sleepovation Investment, LP v. Booz Allen Hamilton, Inc*., No. 8:25-cv-00179 at ECF No. 1; *Alarm Concepts, Inc. v. Internal Revenue Service, et al*, No. 25-cv-00228 at ECF No. 1. Because these matters involve identical parties and claims, consolidating these matters is the most efficient way to proceed.

In light of the foregoing, and for good cause show, the Court:

(1) **CONSOLIDATES** the following cases pursuant to Fed. R. Civ. P. 42(a)(2): (1) *Safe Harbor International LLC v. Booz Allen Hamilton, Inc*., No. 8:25-cv-00139-LKG; (2) *Belpointe Sleepovation Investment, LP v. Booz Allen Hamilton, Inc*., No. 8:25-cv-00179-LKG; and (3) *Alarm Concepts, Inc. v. Internal Revenue Service, United States Department of the Treasury, and Booz Allen Hamilton, Inc*., No. 8:25-cv-00228-LKG;

(2) **DIRECTS** that the parties shall proceed and make all future filings under the lead case, *Safe Harbor International LLC v. Booz Allen Hamilton, Inc*., No. 25-cv-00139; and

(3) **DIRECTS** the parties to adhere to the following schedule for the briefing of motion to appoint class counsel:

Plaintiffs' motion to appoint class counsel            **April 4, 2025**

2

| | |
|---|---|
| Defendant's response in opposition | **April 18, 2025** |
| Reply brief. | **April 25, 2025** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge