IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| SAFE HARBOR INTERNATIONAL LLC, BELPOINTE SLEEPOVATION INVESTMENT, LP, ALARM CONCEPTS, INC., SHELBY LOWMAN, and CEDRICK WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>BOOZ ALLEN HAMILTON INC., INTERNAL REVENUE SERVICE, and U.S. DEPARTMENT OF THE TREASURY,<br><br>Defendants. | Case No. 8:25-cv-00139-LKG |

**DEFENDANT BOOZ ALLEN HAMILTON INC.'S
REQUEST FOR A HEARING REGARDING ITS MOTION TO DISMISS**

Pursuant to Local Rule 105(6), Defendant Booz Allen Hamilton Inc. respectfully requests an in-person hearing to argue its Motion to Dismiss Count II of Plaintiffs' Complaint (Dkt. 38). A hearing will provide an opportunity for the parties to address the Court and to respond to questions that the Court may have regarding the Motion. Plaintiffs seek to represent a class that may exceed 400,000, making the threshold determination of whether the Complaint asserts plausible legal claims particularly important to avoid imposing significant costs on Defendants and the Court.

WHEREFORE Booz Allen respectfully submits that a hearing may assist the Court in resolving the issues presented in its Motion.

Dated: August 6, 2025

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ Robert A. Van Kirk
Robert A. Van Kirk (*pro hac vice*)
Steven M. Cady*
Andrew L. Hoffman*
James Sasso*
Ilana Frier (Bar No. 30515)
680 Maine Avenue SW
Washington, DC  20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
rvankirk@wc.com
scady@wc.com

* *Pro hac* application forthcoming

*Counsel to Booz Allen Hamilton Inc.*

2