IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| SAFE HARBOR INTERNATIONAL, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, et al., <br><br> Defendants. | Case No. 8:25-cv-00139-LKG |

**JOINT STIPULATION TO MODIFY THE BRIEFING SCHEDULE ON THE UNITED STATES' MOTION TO DISMISS**

Plaintiffs Safe Harbor International LLC, Belpointe Sleepovation Investment, LP, Alarm Concepts, Inc., Shelby Lowman, and Cedrick Williams (collectively, "Plaintiffs") and Defendant the United States of America ("United States"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court modify the Scheduling Order entered on July 23, 2025 (ECF No. 30) to extend the schedule by two weeks and align the briefing scheduling on the United States' Motion to Dismiss with the briefing schedule on Defendant Booz Allen Hamilton, Inc.'s Motion to Dismiss and state as follows:

1.     On July 17, 2025, the United States filed a Notice of Intent to File a Motion to Dismiss. ECF No. 29.

1

2. On July 18, 2025, the Court entered a Scheduling Order setting July 23, 2025, as the deadline for the United States to file its motion to dismiss; August 22, 2025, as Plaintiffs' response deadline; and September 22, 2025, as the reply deadline. ECF No. 30.

3. The United States filed its Motion to Dismiss on July 23, 2025. ECF No. 31.

4. On July 30, 2025, Booz Allen filed a Notice of Intent to File a Motion to Dismiss. ECF No. 33.

5. On August 1, 2025, the Court entered a Scheduling Order setting August 6, 2025, as the deadline for Booz Allen to file its motion to dismiss; September 5, 2025, as the deadline for Plaintiffs to respond to Booz Allen's motion to dismiss; and October 6, 2025, as Booz Allen's reply deadline. ECF No. 34.

6. On August 6, 2025, Booz Allen filed its Motion to Dismiss. ECF No. 38.

7. To harmonize the briefing schedules on the two pending Motions to Dismiss, Plaintiffs and the United States now stipulate that, with the Court's permission, Plaintiffs shall file a response in opposition to the United States' Motion to Dismiss on September 5, 2025, and the United States shall file its reply brief on October 6, 2025, at which point briefing on the two pending motions to dismiss will be concluded.

WHEREFORE, Plaintiffs and the United States respectfully request that the Court modify the Scheduling Order entered on July 23, 2025 (ECF No. 30) as follows:

| Event | Current Deadline | [Proposed] Modified Deadline |
|---|---|---|
| Plaintiffs' response in opposition to the United States' motion to dismiss | August 22, 2025 | September 5, 2025 |
| Reply brief | September 22, 2025 | October 6, 2025 |

Dated: August 12, 2025                    Respectfully submitted,

/s/ James P. Ulwick
James P. Ulwick, Bar No. 00536
Kramon & Graham, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
Telephone: 410-752-6030
Fax: 410-539-1269
julwick@kg-law.com

*Plaintiffs' Interim Liaison Counsel*

Linda P. Nussbaum (admitted *pro hac vice*)
**NUSSBAUM LAW GROUP, P.C.**
1133 Avenue of the Americas, 31st Floor
New York, New York 10036
Telephone: (917) 438-9102
lnussbaum@nussbaumpc.com

Philip L. Fraietta (admitted *pro hac vice*)
**BURSOR & FISHER, P.A.**

/s/ Nicholas S. Willingham
Nicholas S. Willingham
D.C. Bar No. 1656972
U.S. Department of Justice
Trial Attorney, Tax Division
P.O. Box 14198
Washington, D.C. 20044
Telephone: (202) 307–6445
Facsimile: (202) 514–4963
Nicholas.Willingham@usdoj.gov

1330 Avenue of the Americas, 32ndFloor
New York, New York 100019
Telephone: (646) 837-7150
pfraietta@bursor.com

Barrett J. Vahle (admitted *pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
vahle@stuevesiegel.com

*Plaintiffs' Interim Co-Lead Counsel*

So Ordered: _____
                Honorable Lydia Kay Griggsby
                United States District Judge