**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| SAFE HARBOR INTERNATIONAL LLC *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BOOZ ALLEN HAMILTON, INC., *et al.*,<br><br>    Defendants. | Case No.  8:25-cv-00139-LKG |

**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO THE UNITED STATES'
MOTION FOR A STAY OF ALL DEADLINES IN LIGHT OF
<u>LAPSE OF APPROPRIATIONS</u>**

  Plaintiffs respectfully submit this Notice of Non-Opposition to the United States' Motion for Stay of All Deadlines in Light of Lapse of Appropriations.

  1. Earlier today, the government filed a Motion for Stay of All Deadlines in Light of Lapse of Appropriations. ECF No. 48. After the government filed its motion, the parties met and conferred regarding the requested stay and its scope.

  2. Although the government's motion broadly seeks a stay of "all deadlines in the above-captioned case," *id.* at 1, the government clarified during the meet-and-confer that it seeks to stay only the deadlines related to Plaintiffs' claims against the government—with the case proceeding as to co-defendant Booz Allen Hamilton, Inc.

  3. With that clarification, Plaintiffs do not oppose the government's request to stay all deadlines related to Plaintiffs' claims against the government until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated:  October 1, 2025

Respectfully submitted,
/s/ *James P. Ulwick*
James P. Ulwick, Bar No. 00536
Kramon & Graham, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
Telephone: 410-752-6030
Fax: 410-539-1269
julwick@kg-law.com

*Plaintiffs' Interim Liaison Counsel*

Linda P. Nussbaum (admitted pro hac vice)
NUSSBAUM LAW GROUP, P.C.
1133 Avenue of the Americas, 31st Floor
New York, New York 10036
Telephone: (917) 438-9102
lnussbaum@nussbaumpc.com

Philip L. Fraietta (admitted pro hac vice)
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32ndFloor
New York, New York 100019
Telephone: (646) 837-7150
pfraietta@bursor.com

Barrett J. Vahle (admitted pro hac vice)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
vahle@stuevesiegel.com

*Plaintiffs' Interim Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed a copy of the foregoing document using the Court's CM/ECF system, which shall constitute service upon all counsel of record in this action.

Dated: October 1, 2025

Respectfully submitted,

*/s/ James P. Ulwick*
James P. Ulwick, Bar No. 00536
Kramon & Graham, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
Phone: 410-752-6030
Fax: 410-539-1269
julwick@kg-law.com