IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| SAFE HARBOR INTERNATIONAL LLC *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BOOZ ALLEN HAMILTON, INC., *et al.*,<br><br>　　　　　Defendants. | Case No.  8:25-cv-00139-LKG |

**[PROPOSED] ORDER STAYING ALL DEADLINES RELATED TO PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES**

THIS MATTER is before the Court on Defendant United States' Motion for a Stay of All Deadlines in Light of Lapse of Appropriations (ECF No. 48). Upon consideration of the Motion and Plaintiffs' Notice of Non-Opposition to the United States' Motion (ECF No. 50), it is hereby

**ORDERED** that the United States' Motion for a Stay (ECF No. 48) is **GRANTED IN PART**. All deadlines related to Plaintiffs' claims against the United States shall be stayed until Department of Justice attorneys are permitted to resume their usual civil litigation functions. The United States shall notify the Court within five days after Congress has appropriated funds for the Department of Justice.

　　　　IT IS SO ORDERED.

　　　　Entered this ___ day of _____.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Judge Lydia Kay Griggsby
　　　　　　　　　　　　　　　　　　　　　　United States District Court