IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| SAFE HARBOR INTERNATIONAL, LLC, et al., on behalf of itself and all others similarly situated<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>    Defendants. | Case No. 8: 25-cv-00139-LKG |

**[PROPOSED] ORDER**

On October 1, 2025, the United States filed a Motion for Stay due to a lapse in Government appropriations. ECF No. 48. The Motion for Stay notes that counsel for the United States is prohibited from working and counsel for the United States will inform the Court when Government appropriations have been restored. Putative Class Plaintiffs do not oppose the United States' request for a stay.

In light of the foregoing, the Court **ORDERS** that all deadlines pertaining to the United States' participation in this case will be stayed until counsel for the United States informs the Court that Government appropriations have been restored.

**IT IS SO ORDERED.**

_____
Hon. Lydia Kay Griggsby
United States District Judge

Dated: October 6, 2025                    Respectfully submitted,

/s/ *Nicholas S. Willingham*
NICHOLAS S. WILLINGHAM
U.S. Department of Justice
Trial Attorney, Tax Division
P.O. Box 14198
Washington, D.C. 20044
Telephone: (202) 307–6445
Facsimile: (202) 514–4963
Nicholas.Willingham@usdoj.gov

Counsel for the United States of America

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2025, a true and correct copy of this document was filed electronically through the Court's CM/ECF filing system, which will serve a copy of this filing on all counsel of record.

/s/ *Nicholas S. Willingham*
NICHOLAS S. WILLINGHAM
Trial Attorney, Tax Division
U.S. Department of Justice