IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SAFE HARBOR INTERNATIONAL LLC, BELPOINTE SLEEPOVATION INVESTMENT, LP, ALARM CONCEPTS, INC., SHELBY LOWMAN, and CEDRICK WILLIAMS, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>    v.<br><br>BOOZ ALLEN HAMILTON INC., INTERNAL REVENUE SERVICE, and U.S. DEPARTMENT OF THE TREASURY,<br><br>    Defendants. | Case No. 8:25-cv-00139-LKG<br><br>*This Document Relates to ALL Cases* |

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN FURTHER OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs hereby submit, in further opposition to Defendants' Motions to Dismiss (ECF Nos. 31 and 38), the following request for the Court to take judicial notice of the document attached as Exhibit A.

On January 26, 2026, Defendant Department of the Treasury announced that it is canceling all contracts with co-defendant Booz Allen Hamilton, Inc. ("Booz Allen"), citing concerns about the firm's failure to protect sensitive taxpayer information in connection with the breach at issue in this litigation. A true and correct copy of the press release making this announcement is attached as Exhibit A, and is publicly available at https://home.treasury.gov/news/press-releases/sb0371.

In this announcement, Treasury Secretary Bessent was quoted as stating that "Booz Allen failed to implement adequate safeguards to protect sensitive data, including the confidential taxpayer information it had access to through its contracts with the Internal Revenue Service." The statement goes on to explain that "[m]ost notably, between 2018 and 2020, Charles Edward Littlejohn — an employee of Booz Allen Hamilton — stole and leaked the confidential tax returns and return information of hundreds of thousands of taxpayers. To date, the IRS determined that the data breach affected approximately 406,000 taxpayers." *Id.*

It is appropriate for the Court to take judicial notice of this press release pursuant to Fed. R. Civ. P. 201, Judicial Notice of Adjudicative Facts. Under the Rule, the Court may judicially notice a fact that is not subject to reasonable dispute because, *inter alia*, it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Id.* The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." *Id.*

Here, there can be no question that the statement in the press release "can be accurately and readily determined," and as an official press release by the United States government, it is from a source "whose accuracy cannot reasonably be questioned." This statement, which would be admissible at trial as a statement of a party opponent, both (a) acknowledges that the safeguards protecting sensitive data were inadequate, and (b) states that it was Booz Allen who was responsible for this negligence. These issues go to the heart of Plaintiffs' case.

Accordingly, Plaintiffs respectfully request that the Court take judicial notice of the document attached as Exhibit A.

Dated: January 28, 2026

Respectfully Submitted,

*/s/ James P. Ulwick*
James P. Ulwick, Bar No. 00536
Kramon & Graham, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
Telephone: 410-752-6030
Fax: 410-539-1269
julwick@kg-law.com

*Plaintiffs' Interim Liaison Counsel*

Linda P. Nussbaum (admitted pro hac vice)
NUSSBAUM LAW GROUP, P.C.
1133 Avenue of the Americas, 31st Floor
New York, New York 10036
Telephone: (917) 438-9102
lnussbaum@nussbaumpc.com

Philip L. Fraietta (admitted pro hac vice)
BURSOR & FISHER, P.A.
50 Main Street, Suite 475
White Plains, NY 10606
914-874-0710 (tel)
914-206-3656 (fax)
pfraietta@bursor.com

4916-9397-1083, v. 1

Barrett J. Vahle (admitted pro hac vice)<br>
STUEVE SIEGEL HANSON LLP<br>
460 Nichols Road, Suite 200<br>
Kansas City, Missouri 64112<br>
Telephone: (816) 714-7100<br>
vahle@stuevesiegel.com

*Plaintiffs' Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed a copy of the foregoing document using the Court's CM/ECF system, which shall constitute service upon all counsel of record in this action.

Dated: January 28, 2026                     */s/ James P. Ulwick*
                                            James P. Ulwick, Bar No. 00536

- 3 -