KRAMON & GRAHAM
ATTORNEYS AT LAW

**James P. Ulwick**
410.347.7426
410.361.8206 Fax
julwick@kg-law.com
Also admitted in DC

November 18, 2026

**VIA ECF FILING**
The Honorable Lydia K. Griggsby
United States District Judge
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland 20770

**Re: Supplemental Notice of Intent to File Motion to Amend or Intervene in *Safe Harbor International LLC v. Booz Allen Hamilton, Inc.*, No. 8:25-cv-00139-LKG**

Dear Judge Griggsby:

Pursuant to Section II.A of the Case Management Order (ECF No. 2) and Local Rule 103.6, Plaintiffs Alarm Concepts, Inc., Belpointe Sleepovation Investment, LLP, Shelby Lowman, Safe Harbor International LLC, and Cedrick Williams respectfully submit this supplemental notice to advise the Court that the parties have completed their meet-and-confer process regarding Plaintiffs' October 9, 2026 Notice of Intent to File a Motion to Amend or Intervene (ECF No. 81).

At the time of that filing, neither Defendant Booz Allen Hamilton Inc. nor Defendants Internal Revenue Service and U.S. Department of the Treasury (together, Government Defendants) had advised whether they consented to the filing of the First Amended Consolidated Class Action Complaint to substitute new plaintiffs or, alternatively, to intervention by the proposed new plaintiffs. *Id.* at 1. Defendants have now informed Plaintiffs that they oppose the requested relief, but they have declined to provide the bases for their opposition. Defendants also object to the filing of this supplemental notice.

At Booz Allen's request, its position is reproduced below in full:

> *Our position is straightforward. Plaintiffs filed their notice without waiting for defendants' response, which was their choice. Until the Court decides whether to grant leave, neither side is authorized to make further filings. Under the Court's rules, defendants are not entitled to respond to plaintiffs' notice, and plaintiffs may not use a filing styled as a statement of our position to try to prompt the Court to rule. Doing so would violate the rules and be improper.*
>
> *If the Court grants leave to file the motion to amend, defendants will respond in full at that time. If you nonetheless choose to make this filing, please include this statement of our position in its entirety.*

The Government Defendants similarly advised: "*The United States objects to the filing of the supplemental notice and opposes the proposed motion in the Notice of Intent.*" The Government Defendants' position is also affecting discovery. Although Plaintiffs served discovery requests on July 6, 2026, the Government Defendants have declined to respond following Plaintiffs' acceptance of their Federal Rule of Civil Procedure 68 offer of judgment. *See* ECF No. 80. The Government Defendants maintain that they have no obligation to respond to discovery until the motion to amend or intervene and the offer of judgment are resolved by the Court.

Plaintiffs submit this supplemental notice to fulfill their obligation under Section II.A of the Case Management Order, which provides that a "Notice shall state whether the parties have met and conferred to discuss whether the matter at issue can be resolved without a motion." ECF No. 2 at 2. Defendants' opposition confirms that the matter cannot be resolved without motion practice. The proposed motion is therefore ripe for pre-motion conference or authorization to file.

Accordingly, Plaintiffs respectfully request authorization to file a motion seeking leave to amend the complaint to substitute the proposed new plaintiffs or, in the alternative, to permit the proposed new plaintiffs to intervene.

Sincerely,

*/s/ James P. Ulwick*
James P. Ulwick, Bar No. 00536
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
Telephone: (410) 752-6030
Facsimile: (410) 539-1269
julwick@kg-law.com

*Plaintiffs' Interim Liaison Counsel*

Linda P. Nussbaum (admitted pro hac vice)
NUSSBAUM LAW GROUP, P.C.
1225 Franklin Ave.
Garden City, NY 11530
Telephone: (917) 438-9102
lnussbaum@nussbaumpc.com

Philip L. Fraietta (admitted pro hac vice)
BURSOR & FISHER, P.A.
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0708
pfraietta@bursor.com

Barrett J. Vahle (admitted pro hac vice)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
vahle@stuevesiegel.com

*Plaintiffs' Interim Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document using the Court's CM/ECF system, which will send notification of such filing to all counsel of record in this action.

Dated: November 18, 2026

*Respectfully submitted,*

*<u>/s/ James P. Ulwick</u>*
James P. Ulwick, Bar No. 00536
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
Tel: 410-752-6030
julwick@kg-law.com